**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **SQRL Service Stations LLC**                                CASE NO   **24-32457-sgj**

                                                                                                   CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/19/2024                                              Signature  /s/ Jamal Hizam
                                                                                       *Jamal Hizam*
                                                                                       *Managing Member*


Date  _____                    Signature  _____

A&B BEVERAGE
8110 SCOTT HAMILTON
LITTLE ROCK, AR 72209-5470


ACE SIGN COMPANY
11935 I-30
LITTLE ROCK, AR 72209-7052


ADAMS PEST CONTROL
12324 STAGECOACH RD
LITTLE ROCK, AR 72210-8932


ADT SECURITY SERVICES
PO BOX 371878
PITTSBURGH, PA 15250-7878


AEI CONSULTANTS
3700 BARREN WAY
RENO, NV 89511-2388


AIR ZERO
12953 92ND ST
LARGO, FL 33773-1303


AIRGAS
4206 ACCESS RD
JONESBORO, AR 72401-7613


ALABAMA DEPT OF AGRICULTURE
1445 FEDERAL DRIVE
MONTGOMERY, AL 36107-1123


ALERT 360
3803 W CHESTER PIKE
NEWTOWN SQUARE, PA 19073-2333

Alma Communications Company
PO Box 127
Alma, MO 64001-0127

ALMA TELEPHONE COMPANY
102 3RD STREET
ALMA, MO 64001-6929

ALPHAMAP
1509 N GAUTAMI DR
AUSTIN, TX 78753-7338

AMERICAN PIZZA
PO BOX 604
ADAMSVILLE, TN 38310-0604

ARAMARK
2680  PALUMBO DR
LEXINGTON, KY 40509-1234

Ariel Bouskila
1545 Route 202, Suite 101
Pomona, NY 10970-2951

ARKANSAS ANALYTICAL INC
8100 NATIONAL DR
LITTLE ROCK, AR 72209-4839

ARKANSAS PETROLEUM SOLUTIONS LLC
1815 S. AMITY ROAD
CONWAY, AR 72032-8703

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

```
BADGER LIQUOR
850 S MORRIS ST
FOND DU LAC, WI 54935-5649


BILLS LOCK & SAFE
1001 PIKE AVE
N. LITTLE ROCK, AR 72114-4071


Blacktree, Inc.




BOYDS HEATING AND AC
PO BOX 24
OSKALOOSA, KS 66066-0024


BTC WHOLESALE
100 AIRVIEW LANE
ALABASTER, AL 35007-4834


C LOWE DISTRIBUTING
JACKSONVILLE, AR 72076


C&M SALES
2800 VANCE ST
LITTLE ROCK, AR 72206-3338


Capital Assist, LLC
1545 Route 202, Suite 101
Pomona, NY 10970-2951


CENTRAL LAUNDRY EQUIPMENT
PO BOX 324
WARD, AR 72176-0324
```

```
CENTURY LAUNDRY DISTRIBUTING INC
775 KACENA RD
HIAWATHA IA 52233-1291


CERTIFIED COMMERCIAL SERVICE & EQUIPMENT
PO BOX 51178
KNOXVILLE, TN 37950-1178


CHARLIES PLUMBING INC
321 W JEFFERSON ST
BROOKSVILLE, FL 34601-2526


CINTAS
PO BOX 88005
CHICAGO, IL 60680-1005


CITY OF LITTLE ROCK
500 WEST MARKHAM ST
LITTLE ROCK, AR 72201-1415


Clinton W. Lancaster
Lancaster & Lancaster Law Firm, PLLC
P.O. Box 1295
Benton, AR 72018-1295


COCA-COLA BEVERAGES SW
PO BOX 744010
ATLANTA, GA 30374-4010


COCA-COLA CO OF FT SMITH
3600 PHOENIX AVE
FT SMITH, AR 72903-6431


COMMUNITY COFFEE
PO BOX 679510
DALLAS, TX 75267-9510
```

```
COMPLIANCE ASSOCIATES
9160 US HIGHWAY 64, STE 112
LAKELAND TN  38002-3010


COMPLIANCE LLC
219 N   KANAWHA ST
BECKLEY, WV 25801-4716


COOPERS INC
401 SW 32ND TERR
TOPEKA, KS 66611-2205


COREMARK
3797 WINDSOR DR
AURORA, CO 80011-8123


CORINTH COCA-COLA BOTTLING GRP
PO BOX 239
CORINTH, MS 38835-0239


Crest Holdings LLC
6400 Bannington Road
Charlotte, NC 28226-1327


DFA-ARKANSAS TOBACCO CONTROL



DIAMOND STATE EQUIPMENT
1434-38 PIKE AVE
N. LITTLE ROCK, AR 72114-4050


DIVERSIFIED DATA SOFTWARE
PO BOX 509
CENTERTON, AR 72719-0509
```

```
DONS SUPPLY INC
9912 1-30 FRONTAGE
LITTLE ROCK, AR 72209


DOUBLECHECK CO LLC
PO BOX 87-9200
KANSAS CITY, MO 64187-9200


DR. PEPPER OF TOPEKA
1401 NW MOUNTAINVIEW DR.
TOPEKA KS 66618-2885


EAST END TOWING
14721 IRONTON RD
LITTLE ROCK AR 72206-5693


EBY-BROWN
2516 PROSPECT DRIVE
EAU CLAIRE, WI 54703-3872


ECK SERVICES
419 WEST 2ND AVE
HUTCHINSON, KS 67501-5234


EDIBLE ARKANSAS LLC
240 SKYLINE DR
LITTLE ROCK, AR 73032


EJSCS CLEANIING
2010 MARTIN
LITTLE ROCK, AR 72204-5571


EVCO WHOLESALE FOOD CORP
PO BOX D
EMPORIA, KS 66801-7343
```

```
FILES DEVELOPMENT LLC
11600 MARA LYNN RD
LITTLE ROCK, AR 72211-2331




FIRE PROTECTION OF AR
PO BOX 472
JONESBORO AR 72403-0472




FIRE SPRINKLER SERVICES
9313 OLD KINGS ROAD SOUTH
JACKSONVILLE FL 32257-6199




FLYNCO
7711 DISTRIBUTION DRIVE
LITTLE ROCK, AR 72209-4356




FOR2FI
PO BOX 79428
N. DARTMOUTH, MA 02747-0986




FRANK BEER DISTRIBUTORS, INC
2115 PLEASANT VIEW RD
MIDDLETON, WI 53562-5518




FRITO LAY
75 REMITTANCE DRIVE
CHICAGO, IL 60675-1001




Gas POS, Inc.
419 Main St., Suite 200
North Little Rock, AR 72114-5327




GEN 3 PLUMBING
3739 KOEHLER DR
SHEBOYGAN, WI 53083-2912
```

GENERAL BEVERAGE SALES
6169 MCKEE RD
MADISON, WI 53719-5104

GNG ELECTRIC
164 SENTELL LOOP
AUSTIN, AR 72007-9681

GOOD TIMES PLUMBING
23 PORCHE DR
CABOT, AR 72023-8059

GREAT LAKES COCA-COLA
7707 SCHOFIELD AVE
SCHOFIELD, WI 54476-4624

GUSKE ELERCTRIC INC
2004 WAVERLY CT
SHEBOYGAN, WI 53083-2191

HAAG OIL
326 SE 15TH STREET
TOPEKA, KS 66607-1204

HILAND DAIRY FOODS
PO BOX 1000
MEMPHIS, TN 38148-000

HOPE CONSULTING
129 N MAIN STREET
BENTON AR 72015-3764

IMPERIAL ICE
10 SHACKLEFORD RIDGE RD
LITTLE ROCK, AR 72204-8016

```
Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346



INTERNATIONALWHOLESALE.COM




Irene Lambiris
284 E. Lakemead Pkwy, Ste C338
Henderson, NV 89015-5595



JIMMY CARSON DISTRIBUTING
CONWAY, AR 72034



KARS PETRO DISTRIBUTORS
380 COMMERCE PARKWAY
ROCKLEDGE, FL 32955-4280



KENOSHA CO PUBLIC HEALTH
8600 SHERIDAN RD
KENOSHA, WI 53143-6506



KP JACKSONVILLE, LLC
4655 SALISBURY ROAD, SUITE 200
JACKSONVILLE FL 32256-0957



LANDSCIENCE
12570 NE 7TH AVE NORTH
MIAMI, FL 33161-4834
```

```
LEE BEVERAGE
2850 S. OAKWOOD ROAD
OSHKOSH, WI 54904-6378


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


LOBLOLLY CREAMERY
700 E 9TH ST, 1E
LITTLE ROCK, AR 72202-3985


Loomis Armored US, LLC




LR Gas 2022 LLC
284 E. Lakemead Pkwy, Ste C338
Henderson, NV 89015-5595


LUMATECH
17200 CHENAL PARKWAY
LITTLE ROCK, AR 72223-5944


MERRILL DISTRIBUTING
1301 N. MEMORIAL DR
MERRILL, WI 54452-3188


MK DISTRIBUTORS
PO BOX 8866
PINE BLUFF, AR 71611-8866


Monica Ellis
220 N Blanche Street
Mounds, IL 62964-1004
```

```
MORRILTON PACKING CO
51 BLUE DIAMOND DR
MORRILTON, AR 72110-9246



MSTABE, LLC



MSTMAE, LLC



NEW RESTORATION & RECOVERY SERVICES
PO BOX 670612
DALLAS TX 75267-0612



NUCO
PO BOX 9011
STUART, FL 34995-9011



OPIS
2099 GAITHER RD
ROCKVILLE, MD 20850-4012



OZARK MTN PROPANE
14770 EAST 62 HWY
GARFIELD, AR 72732



Patricia A. Maxwell
PO Box 161
Deering, MO 63840-0161



PEPSI MADISON
6176 PEPSI WAY
WINDSOR, WI 53598-9649
```

```
PERFORMANCE FOOD SERVICE
PO BOX 208592
DALLAS, TX 75320-8592


PETIT JEAN MEAT
51 BLUE DIAMOND DR.
MORRILTON, AR 72110-9246


PETROLEUM CONSULTING GROUP
16400 US HIGHWAY 331
FREEPORT, FL 32439-4100


PLATINUM DISTRIBUTING
PO BOX 11616
FORT SMITH, AR 72917-1616


PLATINUM DRYWALL
5423 W. 65TH STREET
LITTLE ROCK AR 72209-3821


PRAIRIE FIRE COFFEE
10821 E. 26TH ST., N
WICHITA KS 67226-4524


RED BULL DISTRIBUTION
PO BOX 204760
DALLAS, TX 75320-4760


REFRIDGERATION & ELECTRIC SUPPLY CO
PO BOX 1720
LITTLE ROCK, AR 72203-1720


Rhino Capital Partners LLC
```

Riverside Capital NY
c/o Maurice Wutscher LLP
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122-5540

S&S DISTRIBUTING INC
PO BOX 487
MARSHFIELD, WI 54449-0487

SERV-ICE
2175 W 20TH AVE
OSHKOSH, WI 54904-8241

SHEPHERD OIL
1831 S MAIN ST
BLACKWELL, OK 74631-4926

SOUTHERN GLAZERS OF MO
6201 STILWELL ST
KANSAS CITY, MO 64120-1273

SPRINGFIELD PETROLEUM SERVICE
2925 F EAST CHESTNUT EXPRESSWAY
SPRINGFIELD, MO 65802-2583

SQRL Holdings LLC
27 Rahling Circle|Suite C
Little Rock, AR 72223-5999

STALEY ELECTRIC
3400 JE DAVIS DRIVE
LITTLE ROCK, AR 72209-5569

STONE BANK
ATTN SARAH ORT
900 S SHACKLEFORD, SUITE 200
LITTLE ROCK AR 72211-3847

```
SULPHUR SPRINGS DISTRIBUTION
PO BOX 638
SULPHUR SPRINGS, TX 75483-0638



SUNRISE COFFEE SERVICE INC
14 FIVE MILE RD
MORRILTON, AR 72110-9045



SUPERIOR HEATING AND AIR
10 CATHOLIC POINT RD
CENTER RIDGE, AR 72027-8577



SYSCO
1915 KANSAS CITY RD
OLATHE, KS 66061-5858



TANK WIZARDS
7619 CORAL DRIVE
MELBOURNE FL 32904-1101



TANKNOLOGY
11000 N. MOPAC EXPRESSWAY, SUITE 500
AUSTIN, TX 78759-5338



TENNESSEE RIVER WHOLESALE
2503 CAMPBELL RD
DECATURVILLE, TN 38329-5644


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001
```

The Daniel M. Miller Trust

The Filmore Evan Smith Living Trust

THE HOME CITY ICE CO
N80 W39901 MCMAHON RD
IXONIA, WI 53036-9609

TODAYS BANK
300 N. COLLEGE ST
FAYETTEVILLE, AR 72701-4203

TRICITY WHOLESALE
3645 LAMAR AVE
MEMPHIS, TN 38118-2842

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

WINCEDAR-I, LLC

```
WISCONSIN DISTRIBUTORS
900 PROGRESS WAY
SUN PRAIRIE, WI 53590-9199



WISONSIN RIVER MEATS
N5340 COUNTY ROAD HH
MAUSTON, WI 53948-9540



WP BEVERAGES, LLC
200 6TH AVE SOUTH
PARK FALLS, WI 54552-1018



ZASTROW THE BEER MAN
3300 THIELMAN STREET
MERRILL, WI 54452-2779
```