| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **SQRL Service Stations LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-32457-sgj** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/20/2024**          X **/s/ Jamal Hizam**
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

**Jamal Hizam**
Printed name

**Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **SQRL Service Stations LLC** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **24-32457-sgj** | ☐ Check if this is an amended filing |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BLUE OWL REAL ESTATE CAPITAL LLC C/O KENT J. HAYDEN KIRKLAND & ELLIS LLP 333 W. WOLF POINT PLAZA | | Business Debt | | | | 1200000000.00 |
| 2 | KP JACKSONVILLE, LLC 4655 SALISBURY ROAD, SUITE 200 JACKSONVILLE FL 32256-0957 | | Business Debt | | | | $7,167,323.13 |
| 3 | GAS HUB INVESTMENTS LLC 647 HIGHLAND OAKS DRIVE BATON ROUGE, LA 70810 | | Business Debt | | | | $3,073,763.57 |
| 4 | LOOMIS ARMORED US, LLC 2500 CITYWEST BLVD., SUITE 900 HOUSTON, TX 77042 | | Business Debt | | | | $2,854,470.89 |
| 5 | Capital Assist, LLC 1545 Route 202, Suite 101 Pomona, NY 10970-2951 | | Business Debt | | | | $515,701.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| Debtor | SQRL Service Stations LLC | | Case number (if known) | 24-32457-sgj |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  PEPSI MADISON<br>6176 PEPSI WAY<br>WINDSOR, WI 53598-9649 | | Business Debt | | | | $2,915.14 |
| 7  CITY OF LITTLE ROCK<br>500 WEST MARKHAM ST<br>LITTLE ROCK, AR 72201-1415 | | Business Debt | | | | $2,700.60 |
| 8  Blacktree, Inc. | | Business Debt | | | | $0.00 |
| 9  BILLS LOCK & SAFE<br>1001 PIKE AVE<br>N. LITTLE ROCK, AR 72114-4071 | | Business Debt | | | | $0.00 |
| 10  BADGER LIQUOR<br>850 S MORRIS ST<br>FOND DU LAC, WI 54935-5649 | | Business Debt | | | | $0.00 |
| 11  ARKANSAS PETROLEUM SOLUTIONS LLC<br>1815 S. AMITY ROAD<br>CONWAY, AR 72032-8703 | | Business Debt | | | | $0.00 |
| 12  ARKANSAS ANALYTICAL INC<br>8100 NATIONAL DR<br>LITTLE ROCK, AR 72209-4839 | | Business Debt | | | | $0.00 |
| 13  Ariel Bouskila<br>1545 Route 202, Suite 101<br>Pomona, NY 10970-2951 | | Business Debt | | | | $0.00 |

| Debtor | SQRL Service Stations LLC | | Case number (if known) | 24-32457-sgj |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 ARAMARK<br>2680 PALUMBO DR<br>LEXINGTON, KY 40509-1234 | | Business Debt | | | | $0.00 |
| 15 AMERICAN PIZZA<br>PO BOX 604<br>ADAMSVILLE, TN 38310-0604 | | Business Debt | | | | $0.00 |
| 16 ALPHAMAP<br>1509 N GAUTAMI DR<br>AUSTIN, TX 78753-7338 | | Business Debt | | | | $0.00 |
| 17 ALMA TELEPHONE COMPANY<br>102 3RD STREET<br>ALMA, MO 64001-6929 | | Business Debt | | | | $0.00 |
| 18 Alma Communications Company<br>PO Box 127<br>Alma, MO 64001-0127 | | Business Debt | | | | $0.00 |
| 19 ALERT 360<br>3803 W CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073-2333 | | Business Debt | | | | $0.00 |
| 20 ALABAMA DEPT OF AGRICULTURE<br>1445 FEDERAL DRIVE<br>MONTGOMERY, AL 36107-1123 | | Business Debt | | | | $0.00 |