

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 17, 2024**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In Re:<br><br>SQRL SERVICE STATIONS LLC<br><br>Debtor. | § § § § § § | Case No. 24-32457-mvl11 |

## ORDER GRANTING CHAPTER 11 TRUSTEE'S
## MOTION TO CONVERT CASE TO CHAPTER 7

On this day, the Court considered the Motion to Convert Case to Chapter 7 filed by Anne Elizabeth Burns, the Chapter 11 Trustee (the "Trustee") in this case on November 14, 2024 [Docket No. 177]. After considering the motion, and based upon the record at the hearing, including the Trustee's testimony, the Court finds that cause exists under 11 U.S.C. § 1112(b) to convert this case to a case under chapter 7. The Court further finds that sufficient notice of the Trustee's motion was given to all parties in interest.

**IT IS THEREFORE ORDERED** that the Motion be and hereby is **GRANTED**; it is further

**ORDERED** that the above captioned bankruptcy case of SQRL Service Stations LLC, Case No. 24-32457-mvl11 be and hereby is converted to a case under Chapter 7 of Title 11, United States Code; and it is finally

**ORDERED** that the United States Trustee is directed to appoint a Chapter 7 Trustee.

# # # END OF ORDER # # #

Order submitted by:

Charles B. Hendricks
State Bar No. 09451050
Emily S. Wall
State Bar No. 20479534
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7307
Email: ewall@chfirm.com